# In the United States Court of Federal Claims

No. 06-896 L

(Filed: February 22, 2007)

****************************************
**YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
****************************************

**ORDER**

On February 20, 2007, the parties filed a Joint Motion for Extension of Time for Defendant to File Answer in view of ongoing settlement discussions. The Court GRANTS the parties's motion.

This case is hereby STAYED until July 27, 2007. The Court ORDERS the parties to file a joint status report on or before **July 13, 2007**. In the joint status report, the parties shall discuss in detail the steps they have taken toward reaching settlement including, inter alia, the dates and locations of meetings and who was in attendance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge