IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated February 22, 2007, the parties, by and through undersigned counsel, respectfully submit this Joint Status Report and state as follows:

1. Plaintiff filed this case on December 26, 2006. See Complaint, Doc. 1. Plaintiff's allegations relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. In an Order dated February 22, 2007, the Court granted the parties' Joint Motion for an Extension of Time to File an Answer to the Complaint on or before July 27, 2007, stayed the case, and directed the parties to file a Joint Status Report on or before July 13, 2007 reporting on the steps taken toward reaching settlement and the dates, locations, individuals in attendance at settlement meetings.

3. Through a series of telephone conferences, the parties have continued to explore avenues for resolving Plaintiff's claims through settlement discussions and have successfully moved forward on informal discovery efforts to provide Plaintiff with additional information on Tribal accounts. Defendant has provided Plaintiff with requested Tribal trust fund account information and data. Additionally, Plaintiff has requested information on funds held in the Western Shoshone

Judgment Fund. See Western Shoshone Claims Distribution Act, Pub. L. 108-270, 118 Stat. 804 (2004). Defendant is currently considering Plaintiff's request for judgment account information.

4. Counsel and the parties plan to meet in Reno, Nevada on or about September 10, 2007. The parties anticipate that the list of attendees will include counsel for both parties, Tribal Council members, agency counsel from the Department of the Interior, representatives from the Office of Historical Trust Account of the Department of the Interior, and consultants Gregory Chavarria, CPA and Caren L. Dunne, CPA of the accounting firm of Clifton Gunderson, LLP.
At the meeting, representatives from OHTA, Mr. Chavarria, and Ms. Dunne plan to explain the methodology and significance of account reconciliation work performed by the Arthur Andersen accounting firm for the period from 1972 to 1992. They will also explain trust fund account data and information provided to the Plaintiff, provide a detailed explanation of Tribal fund balances and respond to any questions that Tribal Council may pose regarding management or current status of Tribal accounts. The parties also plan to discuss other accounting or funds management issues that the Plaintiff may identify and work toward developing a plan for resolving any additional questions or account data requests that the Plaintiff may have.

5. The parties are working collaboratively and are optimistic that their continuing discussions and informal exchange of information will allow them to resolve Plaintiff's claims without further formal litigation.

Respectfully submitted this 13th day of July, 2007.

*<u>/s/ T.J. McReynolds</u>*
THOMAS E. LUEBBEN
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Tel: (505) 842-6123
Fax: (505) 842-6124

Attorney of Record for Plaintiff

*<u>/s/ Carol L. Draper</u>*
CAROL L. DRAPER
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

DANIEL STEELE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL M. HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Joint Status Report was served on July 13, 2007 by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

THOMAS E. LUEBBEN
T.J. McREYNOLDS
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Fax: (505) 842-6124

*/s/ Carol L. Draper*
CAROL L. DRAPER