# In the United States Court of Federal Claims

No. 06-896 L

(Filed: July 24, 2007)

****************************************
**YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

**ORDER**

On July 23, 2007, Defendant attempted to file a Notice of Appearance; however, the wrong event was used. It was filed as a Motion for Leave to Appear of Record, rather than as a Notice of Appearance. Furthermore, the Notice of Appearance failed to comply with RCFC 11 and 83.1(c)(2) because it was not signed by the attorney of record. *See* Gen. Order 42A ¶ 16 (signatures in electronic case filings). The Motion for Leave to Appear of Record is hereby stricken from the record.

The Court ORDERS Defendant to file a corrected Notice of Appearance on or before **July 26, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge