IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The undersigned attorney, Daniel G. Steele, has been assigned as the attorney of record for the defendant, in substitution of Carol L. Draper, the prior attorney for the Defendant.

Please enter the appearance of Daniel G. Steele as attorney of record for the United States in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0484 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
601 D St., N.W.
Room 3122
Washington, D.C. 20004

Dated this 24th day of July 2007.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

/s/

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources
Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Daniel.steele@usdoj.gov
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on July 24, 2007, by Electronic Case Filing on the following counsel:

THOMAS E. LUEBBEN
DANIELLE HER MANY HORSES
T.J. McREYNOLDS
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Fax: (505) 842-6124

*/s/* ______________________________
Daniel G. Steele