# In the United States Court of Federal Claims

No. 06-896 L

(Filed: July 30, 2007)

| | |
|---|---|
| **YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On February 22, 2007, this case was temporarily stayed until July 27, 2007, in view of ongoing settlement discussions. The parties filed a joint status report on July 13, 2007.

On July 27, 2007, the parties filed a Joint Motion for Temporary Stay of Litigation, asking the Court to extend the temporary stay until November 26, 2007. The Court hereby GRANTS the motion.

This case is hereby STAYED until **November 26, 2007**. The Court ORDERS the parties to file a joint status report on or before **November 13, 2007**. In the joint status report, the parties shall discuss in detail the steps they have taken toward reaching settlement including, inter alia, the dates and locations of meetings and who was in attendance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge