IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06cv00896L<br>Judge Edward J. Damich |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated July 30, 2007, the parties, by and through undersigned counsel, respectfully submit this Joint Status Report and state as follows:

1. Plaintiff filed this case on December 26, 2006. See Complaint, Doc. 1. Plaintiff's allegations relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff. According to Plaintiff, the principal funds at issue are the Judgment Funds awarded by the Indian Claims Commission ("ICC") in Dockets 326-K, 326 A-1 and A-3, which make up the funds addressed in the Western Shoshone Claims Distribution Act, Pub. L. 108-270, 118 Stat. 804 (2004). The Distribution Act provides, in relevant part, for a 100 percent *per capita* distribution of funds, which were appropriated on behalf of Western Shoshone Tribal groups in satisfaction of three separate judgment awards granted by the ICC and the United States Court of Claims, to individuals, whose names appear on the judgment roll, are lineal descendants of individuals on the judgment roll, or otherwise satisfy eligibility criteria, some of whom are members of Plaintiff and other Western Shoshone Tribal groups. Plaintiff claims a Tribal financial interest in the Judgment Funds for purposes of this litigation.

2. In an Order dated July 30, 2007, the Court granted the parties' Joint Motion for Temporary Stay of Litigation until November 26, 2007 and ordered the parties to file a joint status report on or before November 13, 2007, reporting on the steps taken toward reaching settlement and the dates, locations, and individuals in attendance at settlement meetings.

3. Through a series of telephone conferences and one meeting so far, the parties have begun and are continuing to explore avenues that might be available for resolving Plaintiff's claims through settlement discussions and without the need for protracted litigation, and they have successfully moved forward on informal discovery efforts to provide Plaintiff with additional information or materials about the accounts in which Plaintiff is interested. Defendant has provided Plaintiff with the requested trust fund account documents and data relating to funds held in the Western Shoshone Judgment Funds.

4. Counsel and representatives of the parties conducted a meeting in Carson City, Nevada, on September 17, 2007, so that Defendant could provide a briefing and presentation to Plaintiff's counsel and representative about the procedures, findings, and results relating to the Western Shoshone ICC judgment fund accounts, from the Tribal trust fund reconciliation project that was completed in 1996 by the United States Department of the Interior (using the services of its contractor, Arthur Andersen, LLP),

concerning Tribal trust funds accounts during the period 1972-1992. The following individuals attended the meeting:

- Dennis Bill, Chairman, Yomba Shoshone Tribe;
- Thomas E. Luebben, Attorney and counsel of record for Plaintiff;
- Michael Bianco, Attorney, Office of the Solicitor, Interior Department;
- Daniel Steele, Attorney and counsel of record for Defendant, United States;
- Anthony P. Hoang, Attorney and Of Counsel for Defendant, United States;
- Alyce Schiess, Office of Historical Trust Accounting, Interior Department;
- Greg Chavarria, Clifton Gunderson, LLP (Interior Department accounting consultant ); and
- Emilie Deveraux, Clifton Gunderson, LLP (Interior Department accounting consultant )

5. The September 17 meeting in this case was similar to other meetings between the parties in other cases filed in this Court by other Tribes that are also represented by Plaintiff's counsel herein. Counsel for the parties herein agreed that the meeting would enable Defendant and its accounting consultant to explain, Plaintiff to ask questions about, and the parties to discuss, the documents and data relating to the 1996 Tribal trust fund reconciliation project Report. Counsel intended that the meeting would form, in part or in whole, the informational basis upon which the parties could formulate and develop possible avenues by which to conduct informal settlement discussions. At the end of the September 17 meeting, Plaintiff's counsel stated that he would confer with Plaintiff's Chairman about the information gleaned from Defendant's briefing and

presentation, as well as from the reconciliation project materials, and inform Defendant's counsel about whether and how Plaintiff would propose to proceed with the settlement discussions.

6. On November 6, 2007, counsel for the parties conducted a telephone conference call and discussed, among other things, the possibility of negotiating a settlement in this case. Participating in the call were Mr. Luebben; Samuel Hough, an attorney for Plaintiff and an associate of Mr. Luebben; Mr. Steele; and Mr. Hoang. At the end of the call, Plaintiff's counsel requested that Defendant consider the possibility of making a settlement offer to Plaintiff based on the Western Shoshone Judgment Funds. Defendant's counsel agreed to evaluate the factual and legal feasibility of Plaintiff's request and also to relay the request to the Interior and Treasury Departments for their consideration. Further, Defendant's counsel said that they would inform Plaintiff's counsel about the outcome of Defendant's evaluation and determination.

7. Also in the November 6 conference call, Plaintiff's counsel, Mr. Luebben, informed Defendant's counsel that the South Fork Band Colony is considering a request for a briefing and presentation from Defendant about the Tribal trust fund reconciliation project procedures and results relating to the Western Shoshone Judgment Fund, similar to the one that Defendant provided to Plaintiff. Plaintiff's counsel stated that he had been in communication with some of the Western Shoshone tribal groups that have been identified in connection with the Western Shoshone Judgment Fund to determine whether they would be interested in a reconciliation project briefing and presentation relating to

the Judgment Fund as well. The parties discussed the logistics of one or more possible briefings and presentations for the other Tribal groups. Plaintiff's counsel asked whether Defendant would consider a request from the South Fork Band Colony for a briefing and presentation, as well as possible briefings and presentations for the other Tribal groups. Plaintiff's counsel stated the view that such briefings and presentations might facilitate any potential settlement process. Interior is now examining Plaintiff's request but believes, at this time, that bringing non-litigating parties into discussions would not serve to facilitate any settlement efforts between the parties involved in this litigation.

8. The parties believe that the work that they have done to date to explore the possibility of negotiating settlement in this case has been productive, but that more work remains to be accomplished. Therefore, they have agreed that they would seek another extension of the temporary stay of litigation in this case and that they would file such a motion on or before November 26, 2007.

Respectfully submitted this 13th day of November, 2007,

*s/ Thomas E. Luebben, by Daniel G. Steele*
*pursuant to written authorization*
THOMAS E. LUEBBEN
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Tel: (505) 842-6123
Fax: (505) 842-6124

*s/ Daniel G. Steele*
DANIEL G. STEELE
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021

Attorney of Record for Plaintiff

OF COUNSEL:

SAMUEL HOUGH
Luebben, Johnson & Barnhouse, LLP
211 12th Street, N.W.
Albuquerque, NM 87102
Tel: (505) 842-6123
Fax: (505) 842-6124

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the Interior, Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227