IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion to extend the current temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED;

2. The current temporary stay of litigation is extended to February 25, 2008;

3. All litigation-related obligations, including the requirements for Defendant to file its Answer or otherwise respond to the Complaint and for the parties to meet, confer, develop, and submit to the Court a joint preliminary status report, are hereby suspended until after the expiration of the temporary stay;

4. The parties shall file a joint status report on or before February 11, 2008, in which they shall inform the Court about the status of their discussions and, if appropriate, make a proposal to the Court regarding a course of action in this case.

SO ORDERED.

Date: ________________

____________________________________
HON. EDWARD J. DAMICH
Chief Judge, United States Court of Federal Claims