# In the United States Court of Federal Claims

No. 06-896 L

(Filed: December 5, 2007)

****************************************
**YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

On February 22, 2007, this case was temporarily stayed until July 27, 2007, in view of ongoing settlement discussions. The Court, on July 27, 2007, extended the stay until November 26, 2007.

On November 26, 2007, the parties filed a Joint Motion for Temporary Stay of Litigation, asking the Court to extend the temporary stay until February 25, 2008. The Court hereby GRANTS the motion.

This case is hereby STAYED until **February 25, 2008**. The Court ORDERS the parties to file a joint status report on or before **February 11, 2008**. In the joint status report, the parties shall discuss in detail the steps they have taken toward reaching settlement including, inter alia, the dates and locations of meetings and who was in attendance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge