IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06cv00896L<br>Judge Edward J. Damich |

JOINT STATUS REPORT

Pursuant to the Court's Order of December 5, 2007, the parties, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") and state as follows:

1. The parties JSR of November 13, 2007, reported that they had successfully moved forward on informal discovery efforts to provide the Plaintiff with additional information or materials about the tribal accounts in which Plaintiff has an interest. The requested information contained fund account documents and data which included Western Shoshone Judgment Fund[1/] information and data through 1993. Subsequent to receipt of this information, the Plaintiff identified the need for additional account information for the post 1993 through 2007 period. The need for this information has been discussed through a series of telephone conferences, and the Department of the Interior ("Interior") is now assembling the requested information to be provided to the Plaintiff.

2. The November 13, 2007, JSR also stated that Plaintiff's Counsel indicated that the South Fork Band Colony had requested a briefing and presentation from the Defendant about Tribal trust fund reconciliation project procedures and results relating to the Western Shoshone Judgment

---

1/ The Western Shoshone Judgment Fund is comprised of the awards in the Indian Claims Commission Dockets 326-K, 326 A- and A-3. Together these docket awards make up the funds addressed in the Western Shoshone Claims Distribution Act, Pub. L. 108-270, 118Stat. 804 (2004).

Fund. The Defendant Agencies have subsequently telephonically discussed the circumstances of such a meeting given the fact that the South Fork Colony is not a party in this or any other Tribal trust suit and, therefore, is not represented by counsel in this proceeding. For these reasons, the United States Department of the Interior ("Interior"), has not yet resolved Plaintiff's request regarding such a meeting.

3. Finally, the November 13, 2007, JSR stated that Plaintiff's counsel has requested Defendant to consider the possibility of making a settlement offer to Plaintiff based on the Western Shoshone Judgment Fund.[2/] The primary issue to be resolved in furtherance of Plaintiff's request, is whether an offer can be made to the Plaintiff on the basis of the tribal funds represented by the Indian Claims Commission awards referenced in Note 1 of this JSR in light of the subsequent enactment of the Western Shoshone Claims Distribution Act, supra, at Note 1. The Act provides, in relevant part, for a 100 percent *per capita* distribution to Western Shoshone individuals, who are members of Plaintiff and other Western Shoshone Tribal groups. The parties have telephonically discussed this issue and now recognize the likelihood that the parties may have to submit the issue for the Court's consideration. In advance of the Court's conference call with the parties on February 25th, the parties will further discuss this issue so that the parties can attempt to come to agreement on the legal issues involved and the most efficient manner the matter can be presented to the Court.

[2/] Plaintiff's counsel have made similar requests in two other cases (Paiute-Shoshone Indians of the Bishop Community v United States, Case No. 06-cv-00894 (Fed. Cl.) and Soboba Band of Luiseno Indians v. United States, Case No. 06-cv-00897 (Fed. Cl.). Mutual understanding of controlling legal issues in those case has permitted Interior to comply with the those Tribal requests.

Dated this 11th day of February, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ Thomas E. Luebben, by Daniel G. Steele*
*pursuant to written authorization*
THOMAS E. LUEBBEN
Luebben, Johnson & Barnhouse, LLP
7424 4TH Street, N.W.
Los Ranchos de Albuquerque, NM 8710
Tel: (505) 842-6123
Fax: (505) 842-6124
Fax: (202) 353-2021
Attorney of Record for Plaintiff

*s/ Daniel G. Steele*
DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 353-2021
Attorney of Record for Defendant

OF COUNSEL:

SAMUEL HOUGH
Luebben, Johnson & Barnhouse, LLP
7424 4TH Street, N.W.
Los Ranchos de Albuquerque, NM 8710
Tel: (505) 842-6123
Fax: (505) 842-6124

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227