# In the United States Court of Federal Claims

No. 06-896 L

(Filed: February 15, 2008)

| | |
|---|---|
| **YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

**ORDER**

The Court has reviewed the parties' Joint Status Report, filed on February 11, 2008, and has become very concerned over what appears to be a significant lack of progress in the settlement discussions mentioned. Plaintiff filed its complaint in this case on December 26, 2006. *See* Complaint. The Court, however, first stayed this case and Defendant's obligation to file an answer to accommodate the parties' settlement endeavors on February 22, 2007. Order (Feb. 22, 2007); *see also* Order (July 30, 2007); Order (Dec. 5, 2007). Essentially, then, this Court has witnessed no activity in this case for almost a year, during which the parties have engaged in efforts for which the Court believes they have little to show.

For example, the Joint Status Report that the Court has just reviewed documents the parties' work toward settlement since November 13, 2007. *See* Joint Status Report (Feb. 11, 2008). From that report, the Court can only conclude that the following activities have taken place:

1. Plaintiff's request for and the United States Department of the Interior's ("Interior") assembly of information about tribal accounts in which Plaintiff has an interest covering the period between 1994 and 2007;

2. Discussions between Plaintiff and Defendant concerning the possibility of a meeting between Interior officials and the South Fork Band Colony, a party that is not participating in this or, for

that matter, any other tribal trust suit before the United States Court of Federal Claims;

3. Plaintiff's request that Defendant consider the possibility of making a settlement offer that might raise a legal issue this Court will have to resolve.

*See id.* at 1-2.

The Court reminds the parties of its reluctance to have inactive cases clog its docket over the course of months, or even years, thereby wasting judicial resources. For that reason, this Court is not inclined to grant any further stays unless the parties can show good and specific cause for doing so, which the parties will have an opportunity to do during a telephonic status conference on **Thursday, February 21, 2008 at 4:00 PM Eastern Standard Time**.

One business day before the conference, counsel shall call Ms. Ellan Jackson at (202) 357-6483 or email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least four business days in advance of the conference. The Court, however, strongly emphasizes its preference for audio-recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Ernesto Sanchez at (202) 357-6486.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge