| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00896L<br>Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS MOTION TO DISMISS**

In a telephone status conference with the Court on February 21, 2008, Defendant requested that the Court stay all case proceedings until Defendant filed its proposed motion to dismiss Plaintiff's claims on March 14, 2008. On February 22, 2008, the Court issued an Order which granted the requested relief. Pursuant to RCFC, Rule 6(b), Defendant requests a fourteen (14) day extension of time, to and including March 28, 2008, to file its motion to dismiss.

In support of the requested relief, Defendant states as follows:

(1) On March 12, 2008, three days before Defendant was to file its motion to dismiss, Plaintiff filed a First Amended Complaint;

(2) In consultations with Department of the Interior representatives on March 13 and 14 concerning Plaintiff's filing, Defendant concluded that it required the additional requested time to review the First Amended Complaint to assess what impact, if any, it may have the proposed motion to dismiss. Defendant is now evaluating Plaintiffs' First Amended Complaint;

(3) The requested relief will also afford both counsel for the Plaintiff and Defendant time to work on a related case, Soboba Band of Luiseno Indians v. United States, Docket No. 06-894 (Fed. Cl.), in which a Joint Status Report is due on March 25, 2008; and

(4) Plaintiff's counsel, Samuel Hough, stated to the undersigned counsel that Plaintiff(s) will not oppose the requested relief.

Although the Court deferred the filing of an Answer in the case until after Defendant's motion to dismiss is decided, Plaintiff's First Amended Complaint seeks, inter alia, to add additional parties to the suit. Since Defendant's proposed motion to dismiss would only address Tribal claims, once defendant has fully evaluated Plaintiffs' First Amended Complaint, it will, within the period of time allowed by the Rules (10 days) separately seek any necessary enlargements of time to respond to the amended complaint as a separate matter from the relief being requested herein.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*/s/Daniel G. Steele*

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Daniel.steele@usdoj.gov
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240