IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion to extend the time to file its proposed motion to dismiss from March 14 to March 28, 2008. Upon consideration of the Defendant's unopposed motion and for good cause shown, it is hereby ORDERED that

1. The Defendant's motion should be and hereby is GRANTED; and

2. The time for filing of Defendant's motion to dismiss is extended to March 28.

SO ORDERED.

Date: _______________

_____________________________________
HON. EDWARD J. DAMICH
Chief Judge, United States Court of Federal Claims