| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 06-cv-00896L<br>Judge Edward J. Damich |

**DEFENDANT'S MOTION TO DEFER RESPONSE TO FIRST AMENDED COMPLAINT AND OTHER OBLIGATIONS**

Defendant seeks to defer its response to Plaintiffs' First Amended Complaint, filed on March 12, 2008, until after the Court renders a decision on Defendant's Motion to Dismiss Tribal claims, which is to be filed on March 28, 2008.

**Background**

The Court convened a telephone status conference with counsel for the parties on February 21, 2008. Defendant's undersigned counsel advised the Court that after careful deliberations and consultations with representatives from the Departments of the Interior and Treasury ("the Departments"), Defendant seeks the Court's leave to file for dismissal of the Tribal claims based on its view that the Tribe cannot meet its burden of establishing entitlement to monetary compensation pursuant to the Western Shoshone Claims Distribution Act of 2004, PUB. L. 108-270, 118 Stat.805. The Court ordered that Defendant was to file its motion by March 14, 2008 *(See Order* of February 22, 2008) and stayed all other proceedings until issuance of a ruling on Defendant's motion.

On March 12, 2008, Plaintiff(s) filed a First Amended Complaint which, *inter alia*, added individual plaintiffs to the suit. Defendant then sought an enlargement of time to file its motion

to dismiss to afford the Departments time to evaluate Plaintiffs' First Amended Complaint, relief which the Court granted. *See Order* of March 17, 2008. Defendant's motion is now due on March 28, 2008.

**The Requested Relief**

Rule 15 of the Rule of the Court of Federal Claims ("RCFC") directs that Defendant shall respond to an amended pleading ". . . within 10 days after service of the amended pleading . . . ." In this case that date is March 31, 2008. Defendant moves to defer the time for Defendant to respond to the First Amended Complaint and further requests that the Court defer the parties' mutual obligations to commence formal discovery and to make RCFC Appendix G disclosures ("the other proceedings") until forty-five (45) days after the Court rules on Defendant's motion to dismiss Tribal claims.

In support of the requested relief, Defendant notes that the Court suspended other proceedings as to Defendant and the Tribal Plaintiff until Defendant's motion to dismiss is decided. Although Defendant's motion will not address jurisdictional or any other issues regarding the new individual Plaintiffs, because the common claims and alleged facts now pertain to both the Tribal and individual Plaintiffs, Defendant submits that it is in the Court's and the parties' interests in efficiency, economy, and effective pleading practice to suspend the other proceedings, including Defendant's obligation to respond to the First Amended Complaint until 45 days after Defendant's motion is decided. Without the requested relief, Defendant would be in the impractical position of attempting to respond to the allegations of individual Plaintiffs (while its motion is pending as to the Tribal Plaintiff) when in fact many of the allegations apply to both the Tribal and individual Plaintiffs.

Additionally, Defendant notes the requested relief will not delay resolution of the merits of any remaining claims, as Defendant intends to continue its ongoing practice of responding to Plaintiffs' informal discovery and information requests in order to provide accounting and other relevant information to Plaintiffs pursuant to their inquiries.

For the foregoing reasons, Defendant moves the Court to defer all other proceedings and obligations in the suit until 45 days after the Court rules on Defendant's motion to dismiss the Tribal claims.

Defendant has discussed the relief requested herein with Plaintiffs' counsel, Samuel D. Hough, who stated that Plaintiffs' Attorney of Record, Thomas E. Luebben, does not oppose the relief requested.

Dated this 25th day of March, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*/s/Daniel G. Steele*

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Daniel.steele@usdoj.gov
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

OF COUNSEL:
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources
Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

MICHAEL BIANCO
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240