IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion to defer a response to the Plaintiffs' First Amended Complaint filed on March 12, 2008, and to defer other obligations of the parties until 45 days after the Court rules on the Defendant's motion to dismiss Tribal claims which will be filed on March 28, 2008.

Upon consideration of the Defendant's unopposed motion and for good cause shown, it is hereby ORDERED that the Defendant's motion should be and hereby is GRANTED.

SO ORDERED.

Date: _______________

_______________________________________
HON. EDWARD J. DAMICH
Chief Judge, United States Court of Federal Claims