IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YOMBA SHOSHONE TRIBE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-cv-00896L<br>Judge Edward J. Damich |

**DEFENDANT'S MOTION TO DISMISS TRIBAL CLAIMS**

Pursuant to the Rules of the Court of Federal Claims ("RCFC"), Rule 12(b)(6) and 12(b)(7), Defendant, United States of America, hereby moves to dismiss the claims of the Yomba Shoshone Tribe in the suit.

The Yomba Shoshone's Tribal claims are not based on any viable legal theory upon which the Court can grant the requested relief and thus, the claims are subject to dismissal pursuant to Rule 12(b)(6). Congress, through enactment of the Western Shoshone Claims Distribution Act, Pub. L. No. 108-270, 118 Stat. 805, mandated the process to distribute the judgment funds at issue solely on a per capita basis.

Further, even if the Tribal claims were based on a viable legal theory, the Tribal Plaintiff's alleged interests in the judgment funds are not exclusive. Other Western Shoshone groups have common interests in the same judgment funds. They are, therefore, necessary parties pursuant to RCFC 19(a). Without their joinder, these other Western Shoshone groups cannot adequately protect their respective interests and are indispensable parties pursuant to RCFC 19(b). The court cannot shape meaningful relief in their absence and the Yomba Shoshone Tribe's claims are subject to dismissal under RCFC 12(b)(7).

Accordingly, the Tribal claims must be dismissed in their entirety for lack of jurisdiction. This motion for dismissal is accompanied by Defendant's memorandum in support of the foregoing requested relief.

Dated this 28th day of March, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*/s/Daniel G. Steele*
Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Daniel.steele@usdoj.gov
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

Of Counsel:
Michael Bianco
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240