IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YOMBA SHOSHONE TRIBE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-cv-00896L<br>Judge Edward J. Damich |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion to dismiss all of the Plaintiff Yomba Shoshone Tribe's claim from the suit.

Upon consideration of Defendant's motion and the parties' respective briefs, it is hereby ORDERED that the Defendant's motion should be and hereby is GRANTED. All of the Yomba Shoshone Tribe's claims in the suit are dismissed with prejudice pursuant to Rule 12(b)(6) and 12(b)(7) of the Rules of the Court of Federal Claims.

SO ORDERED.

Date: _______________

_____________________________________
HON. EDWARD J. DAMICH
Chief Judge, United States Court of Federal Claims