**In United States Court of Federal Claims**

| | | |
|---|---|---|
| THE YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe, et al., | ) | |
| Plaintiffs, | ) | No. 1:06-cv-00896-EJD |
| | ) | Judge Edward J. Damich |
| v. | ) | |
| THE UNITED STATES; et al., | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

The plaintiffs move pursuant to RCFC, Rule 6.1, on an unopposed basis, for an extension of eighteen (18) days from April 28, 2008, to and including May 16, 2008, for submission of their response to defendants' motion to dismiss.

In support of the requested relief, Plaintiffs states as follows:

1. The present motion is Plaintiffs' first request for an extension of time to file their response.
2. The allocated time for plaintiffs to respond to the defendant's motion to dismiss includes previously planned annual leave times of plaintiffs' counsel and the unique circumstances of the case require additional legal research.
3. Defendant's counsel, Daniel Steele, has been contacted and stated that the Defendant does not object to the requested relief.

WHEREFORE, the plaintiffs respectfully request that the Court extend until May 16, 2008, the due date for submission of their response to defendant's motion to dismiss.

Dated: April 18, 2008

LUEBBEN JOHNSON & BARNHOUSE LLP

*/s/ Thomas E. Luebben*

Thomas E. Luebben
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123
(505) 842-6124 fax

Attorney for plaintiffs, Yomba Shoshone Tribe, Maurice Frank-Churchill, Jerry Millet, and Virginia Sanchez, as representatives of the Western Shoshone Identifiable Group

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, a true and correct copy of the foregoing Motion for Extension of Time was served by electronic case filing on the following counsel :

Daniel G. Steele daniel.steele@usdoj.gov, Anthony .Hoang@usdoj.gov, efile_nrs.enrd@usdoj.gov, efile_nrs.tt.enrd@usdoj.gov

*/s/ Thomas E. Luebben*
Thomas E. Luebben