# In United States Court of Federal Claims

| | | |
|---|---|---|
| THE YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe, et al., | ) | |
| Plaintiffs, | ) | No. 1:06-cv-00896-EJD<br>Judge Edward J. Damich |
| v. | ) | |
| THE UNITED STATES; | ) | |
| Defendants. | ) | |

## [proposed] ORDER

This matter is before the Court on the plaintiffs' motion to extend the time to file its response to the defendant's motion to dismiss from April 28, 2008, to May 16, 2008. Upon consideration of the plaintiffs' unopposed motion and for good cause shown, it is hereby ORDERED that:

1. The plaintiffs' motion should be and hereby is GRANTED; and
2. The time for filing of plaintiffs' response to the defendant's motion to dismiss is extended to May 16, 2008.

SO ORDERED.

Dated: ________________

______________________________
HON. EDWARD J. DAMICH
Chief Judge, United States Court of Federal Claims