# In United States Court of Federal Claims

| | | |
|---|---|---|
| THE WESTERN SHOSHONE IDENTIFIABLE GROUP, represented by THE YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe, THE TIMBISHA SHOSHONE TRIBE, a federally-recognized Indian Tribe, and THE DUCKWATER SHOSHONE TRIBE, a federally-recognized Indian Tribe; AND INDIVIDUAL WESTERN SHOSHONES MAURICE FRANK-CHURCHILL, JERRY MILLET, AND VIRGINIA SANCHEZ, ON THEIR OWN BEHALF AND ON BEHALF OF THE WESTERN SHOSHONE IDENTIFIABLE GROUP | ) | |
| Plaintiffs, | ) | No. 1:06-cv-00896-EJD<br>Chief Judge Edward J. Damich |
| v. | ) | |
| THE UNITED STATES;<br>DIRK KEMPTHORNE, Secretary of Interior, U.S. Department of the Interior;<br>ROSS O. SWIMMER, Special Trustee, Office of Special Trustee for American Indians, U.S. Department of the Interior;<br>HENRY M. PAULSON, JR., Secretary of the Treasury, U.S. Department of the Treasury, | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to the Rules of the Court of Federal Claims (RCFC), Rules 15, 20 and 24, Plaintiffs Yomba Shoshone Tribe, Duckwater Shoshone Tribe and Timbisha Shoshone Tribe move the Court for leave to file Plaintiffs' Second Amended Complaint, Exhibit C to Plaintiffs' Memorandum in Support of Motion for Leave to File Second Amended Complaint, on the

grounds that the interests of justice and judicial economy would be served by further amending Plaintiffs' Complaint as proposed.

The Plaintiffs' First Amended Complaint was filed on March 12, 2008, prior to the Defendant's filing any responsive pleading, in order to add three named individual Western Shoshone Indian plaintiffs.

The governing councils of the Duckwater Shoshone Tribe and the Timbisha Shoshone Tribe recently decided to join this case as co-plaintiffs representing the Western Shoshone Identifiable Group together with the Yomba Shoshone Tribe. See attached letters from the Chairman of the Duckwater Shoshone Tribe and the Timbisha Shoshone Tribes, respectively Exhibits A and B to Plaintiffs' Memorandum in Support of Motion for Leave to File Second Amended Complaint.

The Duckwater and Timbisha Shoshone Tribes are each federally-recognized Western Shoshone Tribal Governments and are members of the Western Shoshone Identifiable Group. They are co-owners, along with the Yomba Shoshone Tribe and other federally-recognized Western Shoshone Tribes who are members of the Western Shoshone Identifiable Group, of the Western Shoshone tribal trust funds awarded by the United States Court of Claims in *Western Shoshone Identifiable Group v. United States*, Dockets 326-A-1, 326-A-3 and 326-K.

Plaintiffs' counsel contacted Defendants' counsel, Daniel G. Steele, by telephone to request Defendants' concurrence in this motion. Mr. Steele stated that Defendant will oppose this motion.

Dated: May 22, 2008

Respectfully submitted,

LUEBBEN JOHNSON & BARNHOUSE LLP

*/s/ Thomas E. Luebben*

Thomas E. Luebben
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123
(505) 842-6124 fax

Attorney for Plaintiffs, Yomba Shoshone Tribe, Maurice Frank-Churchill, Jerry Millet, and Virginia Sanchez, as representatives of the Western Shoshone Identifiable Group

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT was served on May 22nd, 2008, by Electronic case filing on the following counsel:

Daniel G. Steele daniel.steele@usdoj.gov, Anthony .Hoang@usdoj.gov, efile_nrs.enrd@usdoj.gov, efile_nrs.tt.enrd@usdoj.gov

*/s/ Thomas E. Luebben*

Thomas E. Luebben