# DUCKWATER SHOSHONE TRIBE

*Post Office Box 140068*
*Duckwater, Nevada 89314*
*Phone: (775) 863-0227*
*Fax: (775) 863-0301*

May 15, 2008

Thomas E. Luebben
Luebben Johnson & Barnhouse LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87017

Dear Mr. Luebben:

This letter is to confirm that the Duckwater Tribal Council has retained your firm to represent the Duckwater Shoshone Tribe in the Western Shoshone tribal trust funds mismanagement claim against the United States filed in the Court of Federal Claims on December 26, 2006 and captioned Yomba Shoshone Tribe v. United States, Case No. 06-cv-00896L.

Very truly yours,

Jerry Millett, Chairman

EXHIBIT
A
Blumberg No. 5118

Joe Kennedy
Chairman

Margaret Armitage
Vice-Chairman

Madeline Esteves
Secretary/Treasurer

Pauline Esteves
Council Member

Margaret Cortez
Council Member

May 15, 2008

Thomas E. Luebben
Luebben Johnson & Barnhouse LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87017

Dear Mr. Luebben:

This letter is to confirm that the Timbisha Shoshone Tribal Council has retained your firm to represent the Timbisha Shoshone Tribe in the Western Shoshone tribal trust funds mismanagement claim against the United States filed in the Court of Federal Claims on December 26, 2006 and captioned Yomba Shoshone Tribe v. United States, Case No. 06-cv-00896L.

Very truly yours,

Joe Kennedy, Chairman

EXHIBIT B

Timbisha Shoshone Tribe

785 N Main St Suite Q * Bishop, CA 93514 * Ph # (760) 873-9003 * Fax # (760) 873-9004
PO Box 206 * Death Valley, CA 92328-0206 * Ph # (760) 786-2374 * Fax # (760) 786-2376