IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO REPLY IN PENDING MOTIONS PRACTICE**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant respectfully requests that this Court extend the time for the filing of Defendant's Reply in the pending briefing schedule from its present due date of June 2, 2008 to July 2, 2008, an extension of thirty (30) days.

In support of the requested relief, Defendant states that Plaintiffs filed their response to Defendant's Motion to Dismiss, with an extension which Defendant did not oppose, on May 16, 2008. The filing came in the midst of Defendant's undersigned counsel's obligations in two other cases, identified below, each of which required counsel to also prepare substantial dispositive pleadings in those cases.

Six days following Plaintiffs' responsive filing in the instant case, counsel filed an extensive Memorandum in Support of Motion for Summary Judgment and Response in Choate, et al. v. U.S. Corps of Engineers, Civ. No. 4:07CV01170 (ED AR) on May 22, 2008. Following that filing, the undersigned counsel had to commence preparation of a second Motion for Summary Judgment and Response which is to be filed on June 13, 2008 in Akiachak Native Community, et al. v. Department of the Interior, Civil Action 06-cv-0969 (D. D.C.). The

undersigned counsel's heavy briefing schedule in these cases is in addition to on-going obligations in other cases which are also in various other stages of litigation. Plaintiffs in the instant case also filed on May 22, 2008 their Motion for Leave to File Second Amended Complaint which will require preparation of Defendant's response before June 9.

In further support of the requested relief, Defendants submit that Plaintiffs' counsel, Samuel Hough, Esquire, was advise of this request for an enlargement of time. He responded that Plaintiffs would not oppose this motion for an enlargement of time until July 2.

For these reasons, defendants herein request an enlargement of time to reply in the pending briefing schedule until July 2, 2008.

Respectfully submitted this 29th day of May, 2008.

RONALD J. TENPAS
Assistant Attorney General

*s/ Daniel G. Steele*
DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

Of Counsel:
Michael A. Bianco
United States Department of the
Interior, Office of the Solicitor
Washington, D.C. 20240

Teresa E. Dawson
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendant's Unopposed First Motion for Extension of Time to Reply in Pending Motions Practice was served on May 29, 2008, by Electronic Case Filing on the following counsel:

THOMAS E. LUEBBEN, Esq.
SAMMUEL HOUGH, Esq.
Luebben, Johnson & Barnhouse, LLP
7424 4th Street, N.W.
Los Ranchos de Albuquerque, NM 8710

Dated: May 29, 2008

*s/ Daniel G. Steele*

Daniel G. Steele