IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YOMBA SHOSHONE TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00896L |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion to extend the time to file its Reply in the pending motions practice from June 2 to July 2, 2008. Upon consideration of the Defendant's unopposed motion and for good cause shown, it is hereby ORDERED that

1. The Defendant's motion should be and hereby is GRANTED; and

2. The time for filing of Defendant's Reply is extended to July 2.

SO ORDERED.

Date: _______________

_________________________________________
HON. EDWARD J. DAMICH
Chief Judge, United States Court of Federal Claims