**In United States Court of Federal Claims**

| | | |
|---|---|---|
| THE WESTERN SHOSHONE IDENTIFIABLE GROUP, represented by THE YOMBA SHOSHONE TRIBE, a federally recognized Indian Tribe, THE TIMBISHA SHOSHONE TRIBE, a federally-recognized Indian Tribe, and THE DUCKWATER SHOSHONE TRIBE, a federally-recognized Indian Tribe; AND INDIVIDUAL WESTERN SHOSHONES MAURICE FRANK-CHURCHILL, JERRY MILLET, AND VIRGINIA SANCHEZ, ON THEIR OWN BEHALF AND ON BEHALF OF THE WESTERN SHOSHONE IDENTIFIABLE GROUP | ) | |
| Plaintiffs, | ) | No. 1:06-cv-00896-EJD<br>Chief Judge Edward J. Damich |
| v. | ) | |
| THE UNITED STATES;<br>DIRK KEMPTHORNE, Secretary of Interior, U.S. Department of the Interior;<br>ROSS O. SWIMMER, Special Trustee, Office of Special Trustee for American Indians, U.S. Department of the Interior;<br>HENRY M. PAULSON, JR., Secretary of the Treasury, U.S. Department of the Treasury, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR RELATED RELIEF**

## I. The Defendant concedes that the Second Amended Complaint should be Accepted for Filing.

The Plaintiff, Western Shoshone Identifiable Group, acknowledges that the Defendant does not oppose the filing of the second amended complaint. Thus, the Plaintiff respectfully requests that the second amended complaint be accepted for filing by the Court.

## II. The Plaintiff does not oppose the Defendant's Request to join the Duckwater and Timbisha Shoshone Tribes in the Pending Motion to Dismiss.

The Plaintiff does not oppose the Defendant's request to join the Duckwater and Timbisha Shoshone Tribes as parties subject to the Defendant's pending motion to dismiss tribal claims.

However, the Plaintiff does not concede that the Plaintiff Western Shoshone Identifiable Group is legally subject to the bifurcation of tribes and individuals as proposed by the Defendant in its motion to dismiss. The Plaintiff likewise does not concede that any "tribal prohibition" applies to the right of the Plaintiff Western Shoshone Identifiable Group tribal entities to recover damages and interest for mismanagement of the Western Shoshone Judgment Funds. The contentions of the Defendant in this regard are wholly unmeritorious.

## III. The Plaintiff does not oppose the Request to Defer the Defendant's Obligation to Answer.

The Plaintiff does not oppose the request to defer the Defendant's obligation to answer the second amended complaint until forty-five (45) days after the Defendant's pending motion to dismiss is decided. On the other hand, if the Defendant intends to file any additional dispositive motions before answering, then the Plaintiff believes the interests of the parties and the Court's resources are better served by the filing of any such motions without further delay.

## IV. The Plaintiff does not oppose the Request to Defer the Parties' Mutual Obligations pursuant to Appendix A and Rule 26 RCFC.

The Plaintiff does not oppose the requested relief to defer the parties' mutual obligations to meet, prepare a joint preliminary status report, make initial disclosures, and commence formal discovery as required by the RCFC. However, the Plaintiff does wish to clarify that the parties' mutual obligations to be deferred are found in Appendix A and Rule 26 of the RCFC. On June 9, 2008, counsel for the Plaintiff, Sam Hough, spoke with counsel for the Defendant, Dan Steele,

who agreed with the corrected citations to the RCFC as discussed above. Thus, the parties agree to defer their mutual obligations in Appendix A and Rule 26 of the RCFC to commence to run forty-five (45) days after the Court rules on the Defendant's pending motion to dismiss tribal claims.

Dated: June 11, 2008

Respectfully submitted,

LUEBBEN JOHNSON & BARNHOUSE LLP

*/s/ Thomas E. Luebben*

Thomas E. Luebben
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123
(505) 842-6124 fax

Attorneys for plaintiff Western Shoshone Identifiable Group as represented by the Yomba Shoshone Tribe, the Timbisha Shoshone Tribe, the Duckwater Shoshone Tribe, Maurice Frank-Churchill, Jerry Millet, and Virginia Sanchez.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on June 11, 2008, by Electronic case filing on the following counsel:

Daniel G. Steele daniel.steele@usdoj.gov, Anthony .Hoang@usdoj.gov, efile_nrs.enrd@usdoj.gov, efile_nrs.tt.enrd@usdoj.gov

*/s/ Thomas E. Luebben*
Thomas E. Luebben