IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YOMBA SHOSHONE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-cv-00896L<br>Judge Edward J. Damich |

**DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO REPLY IN PENDING MOTIONS PRACTICE**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant respectfully requests that this Court extend the time for the filing of Defendant's Reply in the pending briefing schedule from its present due date of July 2, 2008 to and including July 11, 2008, an extension of nine (9) additional days.

In support of the requested relief, Defendant states that the undersigned counsel's work to complete Defendant's reply brief converges with a briefing deadline in Akiachak Native Community, et al. v. Department of the Interior, Civil Action 06-cv-0969 (D. D.C.) in which a substantive reply brief is due for filing on July 7, 2008. In further support of the requested relief, Defendant states that the undersigned counsel diverted time from the preparation of Defendant's reply in this case to consider Defendant's position vis-a-vis Plaintiff's Motion for Leave to File Second Amended Complaint which, inter alia, sought to add two additional tribal entities, the subject matter of the pending briefing schedule. Defendant's response on that aspect of the case was filed on June 9, 2008.

The undersigned counsel discussed the relief requested herein with Plaintiff's Attorney of Record, Thomas E. Luebben, Esquire, on June 26, 2008. Mr. Luebben responded that Plaintiffs

would not oppose this motion for an enlargement of time until July 11, 2008.

Respectfully submitted this 27th day of June, 2008.

RONALD J. TENPAS
Assistant Attorney General

*s/ Daniel G. Steele*
DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Div.
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney of Record for Defendant

Of Counsel:
Michael A. Bianco
United States Department of the
Interior, Office of the Solicitor
Washington, D.C. 20240

Teresa E. Dawson
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Defendant's Unopposed Second Motion for Extension of Time to Reply in Pending Motions Practice was served on June 27, 2008, by Electronic Case Filing on the following counsel:

THOMAS E. LUEBBEN, Esq.
SAMMUEL HOUGH, Esq.
Luebben, Johnson & Barnhouse, LLP
7424 4th Street, N.W.
Los Ranchos de Albuquerque, NM 8710

Dated: June 27, 2008

*s/ Daniel G. Steele*
Daniel G. Steele